UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMIAH CHEFF,

    Plaintiff,

v.

    Case No. 11-10049
    Hon. Gerald E. Rosen
    Magistrate Judge Mark A. Randon

US BANK NATIONAL
ASSOCIATION, *et al.,*

    Defendants.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     August 31, 2011

    PRESENT: Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

In a Report and Recommendation ("R & R") issued on July 6, 2011, Magistrate Judge Mark A. Randon recommends (i) that the Court grant a pair of motions to dismiss brought by Defendants US Bank National Association, Orlans Associates, P.C., and three individual attorneys employed by Defendant Orlans, and (ii) that Plaintiff's complaint be dismissed with prejudice. Plaintiff did not respond to Defendants' motions to dismiss, despite orders directing him to do so, nor did he appear at the April 26, 2011 hearing on Defendants' motions. In addition, Plaintiff has not filed any objections to the Magistrate Judge's R & R. Against this backdrop of Plaintiff's consistent failure to demonstrate any

interest in pursuing his claims, and having thoroughly reviewed the R & R, Defendants' underlying motions, and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's July 6, 2011 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, the January 31, 2011 motion to dismiss brought by Defendants Orlans Associates, P.C., Danielle Jackson, Carie Seib, and Justin Carter (docket #5) is GRANTED, and the February 28, 2011 motion to dismiss brought by Defendant US Bank National Association (docket #10) also is GRANTED.[1]

                                                  s/Gerald E. Rosen
                                                  Chief Judge, United States District Court

Dated: August 31, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 3, 2011, by electronic mail and upon Jeremiah Cheff, 7250 Baldwin Road, Grand Blanc, Michigan 48439 by ordinary mail.

                                                  s/Ruth A. Gunther
                                                  Case Manager

---

[1] The Court notes that Plaintiff's complaint names two other individuals as defendants, Richard K. Davis and Diane Thormodsgad. Because nothing in the record indicates that these two individuals have been served with the complaint, the claims against these defendants are hereby dismissed under Fed. R. Civ. P. 4(m) for lack of service.